NUMBER 13-05-490-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_______________________________________________________

 

HENRY W. HALL, JR., ET AL.,                                  Appellants,

 

                                           v.

 

LOUIS
YOUNTS AND YVONNE YOUNTS D/B/A LOUIS 

YOUNTS, A SOLE PROPRIETORSHIP,                          Appellees.

________________________________________________________

 

                 On appeal from the 156th  District Court

                              of Bee
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

    Before Chief
Justice Valdez and Justices Hinojosa and Yañez

Memorandum
Opinion Per Curiam

 








Appellants, HENRY W. HALL, JR., ET AL., perfected an appeal from a judgment
entered by the 156th District Court of Bee
County, Texas, in cause number B-03-1426-CV-B.  After the record was filed, appellants filed
a motion to dismiss the appeal.  In the
motion, appellants state that the parties have reached an agreement to settle
and compromise their differences in this matter.  Appellants request that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 26th day of January,
2006.